above provided, then the order appealed from is affirmed, with ten dollars costs and disbursements.

PHILIP BRUNDAGE, *as Administrator, etc., Respondent, v.* MARTIN Fox and others, *Executors, etc., Appellants.*— Appeal dismissed without costs. *Held,* that the order made at the Circuit is not appealable.

GEORGE BLOUNT, *Respondent, v.* ANDRUS Moss, *Appellant.*— Order affirmed with ten dollars costs and disbursements. *Held,* that the motion was too late, as the time to answer had expired.

IRA L. WETMORE, *Appellant, v.* ELIJAH ARNOLD and another, *Executors, etc.,* and others, *Respondents.* — Decree of surrogate affirmed, with costs, to be paid by appellant, and proceedings remitted to the surrogate of Ontario.

JOSEPH TUTTLE *v.* THOMAS J. REED.— Motion to strike case from the non-enumerated calendar denied, without costs.

JOHN P. O'NEIL, *as Receiver of the Continental Life Insurance Company, Respondent, v.* WILLIAM H. MONTGOMERY and another, *Impleaded, etc., Appellants; two cases.*— Order appealed from affirmed as to each case, with ten dollars costs and disbursements in one case only.

THE PEOPLE *ex rel.* CYRUS JEFFERSON, *Respondent, v.* EDGAR K. SMITH and others, *Assessors of the Village of Warsaw, Appellants.*— Judgment affirmed. *Held,* that the case of the *The People* v. *Gardner* (51 Barb., 352), which decides this case in respect to the same party, must be regarded as the law applicable to this case, until reversed or questioned by a higher court.

WILLIAM LUCKMAN, *Appellant, v.* WILLIAM TIELL, *Respondent.* — Order appealed from affirmed, with ten dollars costs and disbursements. *Held,* that the title to land did not come in question.

ROBERT J. BALTY and others *v.* MARTIN BARTON.

MELVIN G. BARTON, *Appellant*—Order appealed from affirmed, with ten dollars costs and disbursements. TALCOTT, P. J., not sitting.

JOHN O. GORMAN, *by Guardian, Respondent, v.* BENJAMIN E. BUSHNELL, *Appellant.* — Order appealed from affirmed, with ten dollars costs and disbursements. HARDIN, J., not voting.